# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148757

Estate of JEFF J. BENTLEY, SR., by CAROLE
HOCKEBORN, Personal Representative,
      Plaintiff-Appellee,

v

                                 SC: 148757
                                 COA: 310801
RUBY BELL BENTLEY,                  Kent CC: 11-010622-DO
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014


Clerk

d0616